IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY PACK,

    Defendant.

Case No. 3:11cr35 (1)

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF HIS BOND, BUT DECLINING TO REVOKE SAME; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

Pursuant to the proceedings had, in open Court, on December 13, 2011, the Defendant has been found in violation of his bond, having admitted all three allegations set forth against him in a Petition directing him to show cause why such status should not be revoked. However, based upon reasoning set forth upon the record, this Court has declined to revoke said bond.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

December 21, 2011

                      WALTER HERBERT RICE
                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Patrick Kenney, PTSO