IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:11-CR- 035 (1) |
| vs. | : | HONORABLE WALTER HERBERT RICE |
| PACK Jr., Johnny D. | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 15, 2011 and removes the following condition:

> *1) The shall defendant participate in one of the following location monitoring program components and abide by its requirements as the Pretrial Services Officer or supervising officer instructs:*
> *(I) Curfew. You are restricted to your residence every day from 9:00pm to 8:00am.*

All other bond conditions remain in full force and effect.

Date: 6-19-12

HONORABLE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE