IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY PACK,

    Defendant.

Case No. 3:11cr35 (1)

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF HIS BOND,
REVOKING SAME AND REMANDING DEFENDANT TO CUSTODY;
RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

On August 7, 2012, the Defendant appeared in open Court and admitted to allegations set forth against him in a Petition, dated July 24, 2012, directing him to show cause why his bond, set and met March 2, 2011, should not be revoked. Pursuant to the record made at that time, the Defendant was found in violation of that bond and same was revoked. The Defendant was then remanded to the custody of the United States Marshals Service, pending sentencing set for September 18, 2012.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

August 10, 2012

    */s/ Walter Herbert Rice*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Patrick Kenney, PTSO