IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY PACK,

    Defendant.

Case No. 3:11cr35 (1)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ORDERING DEFENDANT RELEASED FROM CUSTODY AND REINSTATED TO THE BOND, SET AND MET MARCH 2, 2011, UPON SAME CONDITIONS

---

Pursuant to the record made in open Court on Monday, August 13, 2012, the Defendant was ordered reinstated to his bond, set and met March 2, 2011, upon the same conditions. He was ordered immediately released.

August 15, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Patrick Kennedy, PTSO
United States Marshals