IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEE BAILEY,

    Defendant.

Case No. 3:011-cr-35(3)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY REFERRING DEFENDANT TO FEDERAL
MEDICAL CENTER FOR A MENTAL STATUS EVALUATION, IN ORDER
TO AID THE COURT IN PENDING SUPERVISED RELEASE PROCEEDING;
SAID REFERAL HAD PURSUANT TO 18 U.S.C. 3552(c)

---

The Defendant is on supervised release with this Court, a status that began March 13th, 2012. He is presently standing on denials to allegations set forth against him in a petition, filed September 19th, 2012, directing him to show cause why that status should not be revoked.

Pursuant to the record made in open court on November 13th, 2012, as well as during a telephone conference held on November 7th, 2012, this Court refers the Defendant to a Federal Medical Center, for an evaluation and report on his present mental status. This referral is made in order to aid and assist the Court in the disposition of the present pending supervised release matter. The referral is had pursuant to 18 U.S.C. 3552(c).

Following the above referral, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

November 30, 2012

*(signature)*

WALTER H. RICE

UNITED STATES DISTRICT JUDGE

Attachment: Supervision Plan

Copies to:

Andrew J. Hunt, Esq.
Vincent Popp, Esq.
Victoria Howard, U.S. Probation Officer