IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEE BAILEY,

    Defendant.

Case No. 3:11cr35 (3)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE; SUPERVISED RELEASE NOT REVOKED; DEFENDANT CONTINUED ON SUPERVISED RELEASE FOR A PERIOD OF TEN YEARS, THE INITIAL PERIOD OF TIME, LESS THE EIGHT MONTHS HE HAS ALREADY SERVED, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On June 19, 2013, the Defendant appeared in open Court to answer to a Petition, directing him to show cause why his supervised release which began on March 13, 2012, should not be revoked. The Defendant admitted to allegations two, three and four of the aforesaid Petition (allegation number one was dismissed by the Court), and was thereupon found in violation of the aforesaid supervised release.

Pursuant to the record made in open Court on the aforesaid June 19, 2013, having found the Defendant in violation of his supervised release, the Court declined to revoke same. Rather, the Defendant was continued on supervised release for the original period of ten years, less the eight months he has already served. As conditions of being reinstated to supervised release, he is

to discharge any and all original conditions of supervision presently undischarged. He is to enroll in Cope/Alvis House in Dayton for a period of six months, from the day he entered said facility, with release for work, community service, church and counseling activities. Defendant is not to consume alcohol, and is to attend weekly individual sessions for substance abuse and mental health therapy. He is to be randomly drug tested, including testing for the use of alcohol with the use of a breathalyzer. If Cope/Alvis House approves, the Defendant may look for work and work outside the facility. If bed space is not immediately available at Cope/Alvis House, the Defendant is to be held in the Montgomery County Jail until such time as bed space becomes available.

Following the above, the Defendant was orally explained his right of appeal, and he has indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 28, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record